IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY,<br><br>Defendant. | C.A. No. 1:16-cv-01241-TWT |

## SCHEDULING ORDER

Before this Court is the Joint Motion of Plaintiff Rothschild Connected Devices Innovations, LLC and Defendant The Coca-Cola Company (collectively, the "Parties") to Set Case Schedule Post-Claim Construction Order ("Joint Motion"). The Court hereby GRANTS the Joint Motion and ORDERS that the following schedule shall apply for the remainder of the case:

| Event | Date |
|---|---|
| Close of Post-Claim Construction Fact Discovery | February 28, 2018 |
| Settlement Conference after Discovery | March 19, 2018<br>14 days after the close of Post-Claim Construction Fact Discovery (LR 16.3) |

| Event | Date |
|---|---|
| Expert Reports on Issues for Which the Party Bears Burden of Proof | March 28, 2018<br>30 days after close of Post-Claim Construction Fact Discovery (LPR 7.1(b)) |
| Expert Reports on Issues for Which the Party Does Not Bear the Burden of Proof | April 27, 2018<br>30 days after initial round of expert disclosures (LPR 7.1(c)) |
| Rebuttal Expert Reports | May 7, 2018<br>10 days after second round of expert disclosures (LPR 7.1(d)) |
| Begin Depositions of Expert Witnesses | May 14, 2018<br>7 days after deadline for service of rebuttal reports (LPR 7.2) |
| End Depositions of Expert Witnesses (Close of Expert Discovery) | June 13, 2018<br>30 days after deposition period begins (LPR 7.2) |
| Motion for Summary Judgment Deadline | July 13, 2018<br>30 days after close of Expert Discovery (LR 56.1(D)) |

**SO ORDERED** on _____.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE