# **EXHIBIT 17**

ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC v.THE COCA-COLA CO.
Highly Confidential        Leigh M. Rothschild on 05/12/2017

```
 1              THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION

 3

 4    ROTHSCHILD CONNECTED           )

 5    DEVICES INNOVATIONS, LLC,      )

 6            Plaintiff,             ) C.A. No. 1:16-cv-01241-TWT

 7    v.                             )

 8    THE COCA-COLA COMPANY,         )

 9            Defendant.             )

10    _____)

11
                            May 12, 2017
12                          10:38 a.m. - 4:20 p.m.
                            1395 Brickell Avenue
13                          Miami, Florida

14

15      ****** H I G H L Y  C O N F I D E N T I A L ******

16            VIDEOTAPE DEPOSITION OF

17            LEIGH M. ROTHSCHILD

18            Taken on behalf of the Defendant before

19    Michael J. D'Amato, RMR, Notary Public in and for the

20    State of Florida at Large, pursuant to Notice of Taking

21    Deposition in the above cause.

22

23

24

25    Job #  163756
```

Case 1:16-cv-01241-TWT   Document 133-19   Filed 08/08/18   Page 3 of 4

ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC v.THE COCA-COLA CO.
Highly Confidential            Leigh M. Rothschild on 05/12/2017                    Page 14

```
 1   personalized beverage machine.
 2        Q.   Okay.  Thank you.  But you didn't invent a
 3   beverage dispenser, did you?
 4             MR. CAREY:  Object to form.
 5        A.   No, sir.
 6        Q.   So how would you distinguish your invention
 7   from a beverage dispenser?
 8             MR. CAREY:  Object to form.
 9        A.   A beverage dispenser, as I understand it as a
10   consumer, is a machine that you go to the machine and
11   it will give you your Coke or it will give you your
12   Pepsi or it will give you your Mountain Dew.  But it
13   won't personalize your beverage.
14             A beverage dispenser at the time that I
15   invented this invention that's the subject of this
16   litigation, Mr. Nichols, was not able to personalize
17   your beverage.  It didn't know that Leigh Rothschild
18   was approaching the machine.
19             It didn't know that Jane Smith was approaching
20   the machine and that Jane Smith had a certain prestored
21   desire from now and hopefully in the future that Jane
22   wanted her Pepsi with a little extra lemon.
23             So that's the difference between the beverage
24   dispenser that existed that I walked up to and said,
25   Wow, there's got to be a better way.  And the beverage
```

Case 1:16-cv-01241-TWT   Document 133-19   Filed 08/08/18   Page 4 of 4

ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC v.THE COCA-COLA CO.
Highly Confidential			Leigh M. Rothschild on 05/12/2017			Page 186

```
 1                CERTIFICATE OF COURT REPORTER

 2       I, MICHAEL J. D'AMATO, a Registered Merit Reporter

 3   and Notary Public in and for the State of Florida at

 4   Large, do HEREBY CERTIFY that I was authorized to and

 5   did stenographically report the deposition of LEIGH M.

 6   ROTHSCHILD; that a review of the transcript was

 7   requested; and that the foregoing transcript, pages from

 8   1 to 186, is a true and accurate record of my

 9   stenographic notes.

10       I FURTHER CERTIFY that I am not a relative,

11   employee, attorney, or counsel of any of the parties, nor

12   am I a relative or employee of any of the parties'

13   attorney or counsel connected with the action, nor am I

14   financially interested in the action.

15           Dated this 23rd day of May, 2017.

16

17

18                         _____

19                         _____
                           MICHAEL J. D'AMATO,
20                         Registered Merit Reporter

21

22

23

24

25
```