**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | **NDGA Civil Action No. 1:16-cv-01241-TWT** |
| THE COCA-COLA COMPANY, | ) | |
| Defendant. | ) | |

**DECLARATION OF ALAN SHANE NICHOLS**

I, Alan Shane Nichols, hereby declare and state as follows:

1. My name is Shane Nichols. I am of legal age and under no legal disability. I have personal knowledge of the facts in this Declaration and know them to be true and correct.

2. I am a partner with Alston & Bird LLP and represent Defendant The Coca-Cola Company ("Coca-Cola") in the above-captioned matter.

3. Attached hereto as Exhibit 6 is a true and correct copy of an email I sent on March 3, 2016 to John Carey and Ernesto Rubi, counsel for RCDI, attaching Coca-Cola's supplemental interrogatory responses, and asking whether RCDI will withdraw Claim 13 of the '090 Patent.

4. Attached hereto as Exhibit 7 is a true and correct copy of an email I received on March 7, 2016 from Ernesto Rubi confirming that the '090 Patent has been dropped, and the only remaining claim is Claim 11 of the '377 Patent.

5. Attached hereto as Exhibit 25 is a true and correct copy of an email I received on March 7, 2016 from Ernesto Rubi, counsel for RCDI, where he agrees to drop Claim 1 of the '377 Patent and Claim 13 of the '090 Patent, thereby dropping the entire '090 Patent from the litigation.

6. Attached hereto as Exhibit 4 is a true and correct copy of a letter I received on March 21, 2018 from John Carey, counsel for RCDI, where he simultaneously asserts infringement of claims listed in their proposed, but unfiled amended complaint (i.e. claims 11-13, 15, 17, 19 and 21-25), and drops claims 13, 15, 19, 24 and 25.

7. Attached hereto as Exhibit 23 is a true and correct copy of a letter I sent on April 14, 2017 to John Carey and Ernesto Rubi, counsel for RCDI, where I inform RCDI that Coca-Cola cannot infringe the '377 Patent because the Coca-Cola Freestyle does not contain a "mixing chamber" as required by the Asserted Claims.

I declare under penalty of perjury that the foregoing is true and correct.

This 9th day of August, 2018.

: *<u>/s/ Shane Nichols</u>*
A. Shane Nichols