# EXHIBIT 29

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY,<br><br>Defendant. | ) | **Civil Action No. 1:16-cv-01241-TWT** |

**DECLARATION OF PETER WOLSKI**

I, Peter Wolski, hereby declare and state as follows:

1. My name is Peter Wolski. I am of legal age and under no legal disability. I have personal knowledge of the facts in this Declaration and know them to be true and correct.

2. I have been retained as a technical expert on behalf of The Coca-Cola Company in this litigation.

3. I received a bachelor's degree in Mechanical Engineering from Syracuse University in 1984.

4. I have been employed in engineering and management in the beverage dispensing industry for over 20 years. I have substantial experience in the development and commercialization of post-mix beverage dispensers. I have

managed teams of engineers that were responsible for the research and development of post-mix beverage dispensers for IMI Cornelius, an industry leader.

5. I have personally inspected Coca-Cola Freestyle dispensers on several occasions, both inside and out.

6. In the beverage dispensing industry, the term "beverage" does not mean merely a collection of the beverage's ingredients. Rather, "beverage" means a homogenous mixture of the beverage's ingredients.

7. A person of ordinary skill in the art relevant to U.S. Patent No. 8,417,377 understands the term "beverage" to mean a homogenous mixture of all of the beverage's ingredients, not merely a collection of the beverage's ingredients.

8. There are two primary forms in which beverages are commercially delivered: as "pre-mix" or "post-mix" beverages.

9. Pre-mix beverages are fully-mixed beverages, manufactured in a bottling plant or other facility, and delivered in sealed packaging. Examples of pre-mix beverages include cans and bottles of Coca-Cola delivered by truck to a grocery store or vending machine.

10. Claims 11, 12, and 21-23 of U.S. Patent No. 8,417,377 and that patent's specification relate only to post-mix beverages, and do not relate to pre-mix beverages.

11. Post-mix beverages are made by mixing a beverage base, such as a "syrup," with one or more diluent ingredients, such as water or carbonated water. Post-mix beverages are often referred to as "fountain drinks," because they were traditionally made by a server at a soda fountain.

12. Until the advent of the Freestyle dispenser, post-mix beverages were typically made by automated post-mix dispensers that mix a diluent (e.g., carbonated water) with a beverage base ("syrup") typically stored nearby in a "bag-in-box" container.

13. Until the advent of the Freestyle dispenser, modern post-mix dispensers store beverage components separately, and mix the components on-demand, when a user presses a button or lever.

14. Coca-Cola commercializes the Coca-Cola Freestyle dispenser.

15. The Freestyle dispenser is a post-mix beverage dispenser.

16. Unlike traditional automated post-mix dispensers, the Freestyle dispenser can mix over 100 different beverages.

17. The Freestyle dispenser uses an air-mix nozzle.

18. The Freestyle's air-mix nozzle is designed to prevent micro-ingredients from mixing with one another until they are outside of the dispenser.

19. Each micro-ingredient is contained in a micro-ingredient cartridge in the Freestyle dispenser.

20. Micro-ingredients are not mixed within the Freestyle dispenser, they are mixed after leaving the dispenser's nozzle assembly, both in the air and in a Freestyle user's cup.

21. Non-nutritive sweetener can also be used in the Freestyle dispenser, and is contained in a carton within the Freestyle dispenser.

22. As with micro-ingredients, non-nutritive sweetener is not mixed with micro-ingredients, within the Freestyle dispenser. It is only mixed with micro-ingredients after leaving the dispenser's nozzle assembly, both in the air and in a Freestyle user's cup.

23. High fructose corn syrup (HFCS) is used in the Freestyle dispenser to make beverages. HFCS can only be contained in a bag-in-box carton outside of the Freestyle dispenser and fed into and through the Freestyle dispenser in tubing.

24. Water is used in the Freestyle dispenser to make beverages. Water is not contained or stored within the Freestyle dispenser. Water is fed into and through the Freestyle dispenser in tubing. Water is provided to the Freestyle dispenser from a conventional water line source, such as a municipal water source.

25. The Freestyle dispenser makes carbonated water by mixing regular (flat) water with $CO_2$.

26. $CO_2$ is not contained or stored within the Freestyle dispenser. $CO_2$ is fed into and through the Freestyle dispenser in tubing. $CO_2$ is provided to the Freestyle dispenser from an external source, such as a pressurized $CO_2$ tank.

27. Carbonated water is not contained or stored within the Freestyle dispenser.

28. Regular water is mixed with $CO_2$ in what Coca-Cola refers to as a carb tank. The carb tank in the Freestyle dispenser does not store carbonated water. If a user were to continuously dispense a carbonated beverage from the Freestyle dispenser, the Freestyle dispenser would continuously make more carbonated water.

29. The Freestyle dispenser uses quad pump modules (QPMs) to dispense precise amounts of micro-ingredients and non-nutritive sweetener.

30. Only water, carbonated water, and HFCS flow through the center of the Freestyle's nozzle assembly.

31. The Freestyle's QPMs are pumps.

32. The Freestyle's QPMs are not valves.

33. The micro-ingredient cartridges do not exert negative pressure on the tubing – or any fluid within the tubing – between the QPM and the nozzle assembly.

34. The micro-ingredient cartridges are not fluidly connected to the nozzle assembly or to the tubes that convey micro-ingredients from the QPM to the nozzle assembly. Accordingly, any negative pressure that may exist within a micro-

ingredient cartridge is fluidly isolated from the nozzle assembly and the tubes that convey micro-ingredients from the QPM to the nozzle assembly.

35. The Freestyle dispenser does not use negative pressure within micro-ingredient cartridges to prevent unwanted dripping of micro-ingredients.

36. The Freestyle dispenser does not use negative pressure within micro-ingredient cartridges as part of any kind of passive or active valve.

I declare under penalty of perjury that the foregoing is true and correct.

August 8, 2018.

By: Pete Wolski

Peter Wolski