# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

ROTHSCHILD CONNECTED
DEVICES INNOVATIONS, LLC,

    Plaintiff,

v.

THE COCA-COLA COMPANY,

    Defendant.

Case No. 1:16-cv-01241-TWT

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to Federal Rules of Appellate Procedure 3 and 4, plaintiff Rothschild Connected Devices Innovations, LLC ("Plaintiff") appeals to the United States Court of Appeals for the Federal Circuit from the appealable summary judgment order entered on March 29, 2019 (Doc. 200),[1] and from all other judgments, orders, decisions, and rulings entered in the case that are adverse to Plaintiff, including without limitation the claim construction opinion and order entered on November 14, 2017 (Doc. 79), the discovery orders entered on

---

[1] This notice of appeal is timely filed pursuant to Federal Rules of Appellate Procedure 4(a)(1)(A) and 26(a)(1)(C).

March 22, 2018 (Doc. 99), April 23, 2018 (Doc. 119) and June 18, 2018 (Doc. 130), the summary judgment opinion and order entered on April 24, 2019 (Doc. 201), and the clerk's judgment entered on April 29, 2019 (Doc. 202).

                                                  Respectfully submitted,

Dated:     April 29, 2019                By: */s/ John C. Carey*
                                                       John C. Carey

| | |
|---|---|
| **CAREY RODRIGUEZ MILIAN GONYA, LLP**<br>1395 Brickell Ave., Ste. 700<br>Miami, Florida 33131<br>Tel.: (305) 372-7474<br><br>John C. Carey<br>Fla. Bar No. 78379*<br>*jcarey@careyrodriguez.com*<br>David M. Levine<br>Fla. Bar No. 84431*<br>*dlevine@careyrodriguez.com*<br>Amy M. Bowers<br>Fla. Bar No. 105755*<br>*abowers@careyrodriguez.com* | **ATLAWIP LLC**<br>2065 Compton Way<br>Johns Creek, Georgia 30022<br>Tel.: (706) 593-2865<br><br>Jeffrey T. Breloski<br>Georgia Bar No. 858291<br>*jbreloski@ATLawip.com*<br><br><br><br><br><br><br>**Admitted pro hac vice* |

           ***Counsel for Plaintiff Rothschild Connected Devices Innovations, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record who are deemed to have consented to electronic service.

By: */s/ John C. Carey*
John C. Carey

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document is written in 14 point Times New Roman font in accordance with Local Rule 5.1.

By: */s/ John C. Carey*
John C. Carey