# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

CASE NO. 1:16-CV-01241-TWT

ROTHSCHILD CONNECTED
DEVICES INNOVATIONS, LLC,

    Plaintiff,

v.

THE COCA-COLA COMPANY,

    Defendant.
_____/

## **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE FOR EXCESS PAGES**

Plaintiff Rothschild Connected Devices, LLC ("RCDI") respectfully moves for leave to exceed the page limit by five pages in connection with its response brief in opposition to the Motion for Finding an Exceptional Case and an Award of Attorneys' Fees and Costs filed by Defendant The Coca-Cola Company ("TCCC").

RCDI requested TCCC's consent to this request.  TCCC consented on the condition that the page limit for TCCC's reply brief also be expanded by five pages.

Good cause supports this request.  This is a patent infringement action. TCCC's motion for fees and costs seeks an award of over $2 million under 35 U.S.C. § 285.  RCDI believes that bona fide grounds separate and apart from the issues

raised on the face of TCCC's motion support denial of the motion and require a modest amount of additional space for RCDI to address.

Accordingly, RCDI requests leave to file a response brief limited in length to 30 pages.  RCDI further requests, on TCCC's behalf, leave for TCCC to file a reply brief limited to 20 pages.  A proposed Order granting this unopposed motion is submitted herewith.

Dated:  May 24, 2019            Respectfully submitted,

*/s/ John C. Carey*_____
John C. Carey (*pro hac vice*)
*jcarey@careyrodriguez.com*
CAREY RODRIGUEZ MILIAN GONYA, LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone:  (305) 372-7474
Facsimile:  (305) 372-7475

Jeffrey T. Breloski
Georgia Bar No. 858291
*jbreloski@atlawip.com*
ATLAWIP LLC
2065 Compton Way
Johns Creek, GA 30022
Telephone:  (706) 593-2865
Facsimile:  (770) 680-2461

*Counsel for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I certify that this document has been prepared using Times New Roman 14-point font.

This 24th day of May, 2019.

By: /s/ *John C. Carey*
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 24, 2019 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF.

By: /s/ *John C. Carey*
*Counsel for Plaintiff*