UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC,<br>　　　　　Plaintiff,<br><br>vs.<br><br>COCA COLA COMPANY,<br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-1241-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of defendant 's Motion for Summary Judgment, and the court having granted in part and denied in part said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 11th day of August, 2023.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By:　s/ D. Barfield
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 11, 2023
Kevin P. Weimer
Clerk of Court

By: s/ D. Barfield
　　　Deputy Clerk