IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY,<br><br>　　Defendant. | Case No. 1:16-cv-01241-TWT |

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to Federal Rules of Appellate Procedure 3(a)(1), 4(a)(1)(a) and 4(a)(4)(A)(iv)-(v), plaintiff Rothschild Connected Devices Innovations, LLC ("Plaintiff") appeals to the United States Court of Appeals for the Federal Circuit from the order entered on August 11, 2023 granting summary judgment of non-infringement (Doc. 338), the clerk's judgment entered on August 11, 2023 (Doc. 339), and the order entered on November 7, 2023 denying Plaintiff's motion for reconsideration of the order granting summary judgment of non-infringement (Doc. 345), and from all other judgments, orders, decisions, and rulings entered in the case that are adverse to Plaintiff.

| | |
|---|---|
| Dated: December 6, 2023 | Respectfully submitted,<br><br>/s/ *John C. Carey*<br>John C. Carey |
| **CAREY RODRIGUEZ LLP**<br>1395 Brickell Avenue<br>Suite 700<br>Miami, Florida 33131<br>Tel:  (305) 372-7474<br>Fax:  (305) 372-7475<br><br>John C. Carey<br>Admitted *Pro Hac Vice*<br>*jcarey@careyrodriguez.com* | **CAPLAN COBB LLC**<br>75 Fourteenth Street NE<br>Suite 2700<br>Atlanta, Georgia 30309<br>Tel.: (404) 596-5600<br>Fax: (404) 596-5604<br><br>Michael A. Caplan<br>Georgia Bar No. 601039<br>*mcaplan@caplancobb.com*<br>T. Brandon Waddell<br>Georgia Bar No. 252639<br>*bwaddell@caplancobb.com* |

*Counsel for Plaintiff Rothschild Connected Devices Innovations, LLC*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document is written in 14-point Times New Roman font in accordance with Local Rule 5.1.

*/s/ John C. Carey*
John C. Carey

*Counsel for Plaintiff RCDI*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day, December 6, 2023, caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ John C. Carey*
John C. Carey

*Counsel for Plaintiff RCDI*