[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13999

Non-Argument Calendar

_____

ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC,

                                     Plaintiff-Appellant,

*versus*

COCA-COLA COMPANY,

                                     Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:16-cv-01241-TWT

_____

Case 1:16-cv-01241-TWT   Document 352   Filed 01/09/24   Page 2 of 4
USCA11 Case: 23-13999    Document: 6-1    Date Filed: 01/09/2024    Page: 2 of 2

2                      Opinion of the Court                  23-13999

Before ROSENBAUM, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

    This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Rothschild Connected Devices Innovations, LLC ("RCDI") appeals from the district court's entry of summary judgment in favor of Coca-Cola Company and the court's order denying its motion for reconsideration. RCDI's amended complaint asserted a single claim for patent infringement arising under the patent laws of the United States, and its notice of appeal specified that it was appealing to the U.S. Court of Appeals for the Federal Circuit. The district court transmitted the notice of appeal to both courts of appeals. Because the Federal Circuit has exclusive jurisdiction over appeals from a final decision of a district court in any civil action arising under any Act of Congress relating to patents, we lack jurisdiction to review the district court's judgment and its order denying reconsideration. *See* 28 U.S.C. § 1295(a)(1); *Gunn v. Minton*, 568 U.S. 251, 257 (2013); *Holmes Grp., Inc. v. Vornado Air Circulations Sys., Inc.*, 535 U.S. 826, 830 (2002).

    No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 09, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 23-13999-D
Case Style: Rothschild Connected Devices Innovations, LLC v. Coca-Cola Company
District Court Docket No: 1:16-cv-01241-TWT

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Enclosed is a copy of the court's decision filed today in this appeal. Judgment has this day been entered pursuant to FRAP 36. The court's mandate will issue at a later date in accordance with FRAP 41(b).

The time for filing a petition for rehearing is governed by 11th Cir. R. 40-3, and the time for filing a petition for rehearing en banc is governed by 11th Cir. R. 35-2. Except as otherwise provided by FRAP 25(a) for inmate filings, a petition for rehearing or for rehearing en banc is timely only if received in the clerk's office within the time specified in the rules. Costs are governed by FRAP 39 and 11th Cir.R. 39-1. The timing, format, and content of a motion for attorney's fees and an objection thereto is governed by 11th Cir. R. 39-2 and 39-3.

Please note that a petition for rehearing en banc must include in the Certificate of Interested Persons a complete list of all persons and entities listed on all certificates previously filed by any party in the appeal. See 11th Cir. R. 26.1-1. In addition, a copy of the opinion sought to be reheard must be included in any petition for rehearing or petition for rehearing en banc. See 11th Cir. R. 35-5(k) and 40-1 .

Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation for time spent on the appeal no later than 60 days after either issuance of mandate or filing with the U.S. Supreme Court of a petition for writ of certiorari (whichever is later) via the eVoucher system. Please contact the CJA Team at (404) 335-6167 or cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

OPIN-1 Ntc of Issuance of Opinion